**VIRGINIA & AMBINDER, LLP**
Charles R. Virginia, Esq.
Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
*Attorneys for Plaintiffs*



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY, <br><br> Plaintiffs, <br><br> -against- <br><br> ARMOR MASONRY RESTORATION INC., <br><br> Defendant. | 18 CV 9095 (JLL)(CLW) <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action hereby be dismissed in its entirety without prejudice and without costs in favor of any party as against another.

Dated: New York, New York
June 13, 2018

**VIRGINIA & AMBINDER, LLP**

By: _____
Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
nmarimon@vandallp.com

SO ORDERED: _____
DATED: 6/20/18